# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 23-2501

_____

Erica Barrett; Kathleen Vincent; Connie Enderle; Edward Q. Ingerson, II; Penny Kenoyer; Gilbert Ontiveros

Plaintiffs - Appellants

v.

O'Reilly Automotive, Inc.; The Board of Directors of O'Reilly Automotive, Inc.; O'Reilly Automotive 401(k) Plan Investment Committee; John Does 1-30

Defendants - Appellees

------------------------------

Chamber of Commerce of the United States of America

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03111-BCW)
_____

**JUDGMENT**

Before BENTON, ARNOLD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 29, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik